# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, S.A. DOMINGUEZ**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## PATRICK J. ROMERO
## PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS

### NMCCA 201400437
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 1 August 2014.
**Military Judge:** Capt Matthew Doran, JAGC, USN.
**Convening Authority:** Commanding Officer, 3d Low Altitude
Air Defense Battalion, Marine Air Control Group 38, 3d MAW,
Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** Col D.K. Margolin,
USMC.
**For Appellant:** Maj Michael D. Berry, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

### 17 March 2015

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority.  Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court